PETER W. ALFERT, SBN 83139
**HINTON ALFERT & KAHN LLP**
200 Pringle Ave., Suite 450
Walnut Creek, California 94596
Telephone: (925) 279-3009
Facsimile: (925) 279-3342

TODD BOLEY, SBN 68119
ZOYA YARNYKH, SBN 258062
**LAW OFFICE OF TODD BOLEY**
2381 Mariner Square Drive, Suite 280
Alameda, CA 94501
Telephone: (510) 836-4500
Facsimile: (510) 649-5170

Attorneys for PLAINTIFFS JENNIFER HUGUNIN, PATRICK HUGUNIN, D.H., KEITH CALDWELL, NICOLE HILL, X.C., TRISHA PITTS, CARL PITTS, and N.P.

ALLISON S. HYATT, SBN 217567
**HYATT LAW, PC**
915 Highland Pointe Drive, Suite 250
Roseville, CA 95678
Telephone: (916) 724-5205
Facsimile: (916) 724-5201

Attorney for PLAINTIFFS TODD VROOMAN LAURA VROOMAN, and S.V., RICHARD ROGERS, TERRILL ROGERS and P.R., MICHELE MANCOUR and G.I.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER HUGUNIN, PATRICK HUGUNIN, D.H., a minor by and through his guardian ad litem JENNIFER HUGUNIN; KEITH CALDWELL, NICOLE HILL, X.C., a minor by and through his guardian ad litem KEITH CALDWELL, TRISHIA PITTS, CARL PITTS, N.P., a minor by and through his guardian ad litem TRISHIA PITTS, TODD VROOMAN, LAURA VROOMAN, S.V., a minor by and through his guardian ad litem TODD VROOMAN, RICHARD ROGERS, TERRILL ROGERS, P.R., a minor by and through his guardian ad litem RICHARD ROGERS, MICHELLE MANCOUR and G.I., a minor by and through his guardian ad litem MICHELLE MANCOUR,<br>    Plaintiffs,<br>   v.<br>ROCKLIN UNIFIED SCHOOL DISTRICT, SHERRY MCDANIEL, CHARLES THIBIDEAU, BETTY JO WESSINGER, JANNA CAMBRA, KEVIN BROWN, ROGER STOCK, DR. TODD CUTLER, and DOES 1-30,<br>    Defendants. | Case No: 2:15-cv-00939-MCE-DAD<br><br>**ORDER GRANTING MOTION FOR APPROVAL OF PROPOSED SETTLEMENT ON BEHALF OF MINOR S.V.** |

[Proposed] ORDER GRANTING MOTION FOR APPROVAL OF PROPOSED SETTLEMENT ON BEHALF OF MINOR
*HUGUNIN, et al., v. RUSD, et al.,*

- 1 -

**ORDER**

Based on the Motion For Approval Of Proposed Settlement On Behalf Of Minor S.V. ("Motion") and its supporting documents, and for good cause shown, the Motion is GRANTED and the following is ordered:

The settlement on behalf of S.V. as set forth in the moving papers is approved. The special needs trust submitted with the moving papers is also approved. A special needs trust for the benefit of S.V. must be established as set forth in the moving papers and supporting exhibit, and the sum of $937,500 (nine hundred thirty seven thousand five hundred dollars and zero cents) shall be deposited therein. The Trustee of the special needs trust is to post a bond in the amount of $1,031,000 (one million thirty one thousand dollars and zero cents).

It is FURTHER ORDERED that the venue for on-going oversight of the special needs trust established by the order herein shall lie with the Los Angeles Superior Court, and the Trustee for the special needs trust shall file an account and report with the Court in the manner and frequency called for by the California Probate Code.

It is FURTHER ORDERED that attorneys' fees in the amount of $3,500 (three thousand five hundred dollars and zero cents) shall be paid from the special needs trust to the Dale Law Firm for the preparation of the special needs trust for the minor plaintiff.

**IT IS SO ORDERED.**

Dated: September 3, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

[Proposed] ORDER GRANTING MOTION FOR APPROVAL
OF PROPOSED SETTLEMENT ON BEHALF OF MINOR
*HUGUNIN, et al., v. RUSD, et al.,*

- 2 -