1  PETER W. ALFERT, SBN 83139
   **HINTON ALFERT & KAHN LLP**
2  200 Pringle Ave., Suite 450
   Walnut Creek, California 94596
3  Telephone: (925) 279-3009
   Facsimile: (925) 279-3342
4
   TODD BOLEY, SBN 68119
   ZOYA YARNYKH, SBN 258062
   **LAW OFFICE OF TODD BOLEY**
   2381 Mariner Square Drive, Suite 280
   Alameda, CA 94501
   Telephone: (510) 836-4500
   Facsimile: (510) 649-5170

Attorneys for PLAINTIFFS JENNIFER HUGUNIN, PATRICK HUGUNIN, D.H., KEITH CALDWELL, NICOLE HILL, X.C., TRISHA PITTS, CARL PITTS, and N.P.

ALLISON S. HYATT, SBN 217567
**HYATT LAW, PC**
915 Highland Pointe Drive, Suite 250
Roseville, CA 95678
Telephone: (916) 724-5205
Facsimile: (916) 724-5201

Attorney for PLAINTIFS TODD VROOMAN LAURA VROOMAN, and S.V., RICHARD ROGERS, TERRILL ROGERS and P.R., MICHELLE MANCOUR and G.I.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER HUGUNIN, PATRICK HUGUNIN, D.H., a minor by and through his guardian ad litem JENNIFER HUGUNIN; KEITH CALDWELL, NICOLE HILL, X.C., a minor by and through his guardian ad litem KEITH CALDWELL, TRISHIA PITTS, CARL PITTS, N.P., a minor by and through his guardian ad litem TRISHIA PITTS, TODD VROOMAN, LAURA VROOMAN, S.V., a minor by and through his guardian ad litem TODD VROOMAN, RICHARD ROGERS, TERRILL ROGERS, P.R., a minor by and through his guardian ad litem RICHARD ROGERS, MICHELLE MANCOUR and G.I., a minor by and through his guardian ad litem MICHELLE MANCOUR,<br>　　　　Plaintiffs,<br>　　v.<br>ROCKLIN UNIFIED SCHOOL DISTRICT, SHERRY MCDANIEL, CHARLES THIBIDEAU, BETTY JO WESSINGER, JANNA CAMBRA, KEVIN BROWN, ROGER STOCK, DR. TODD CUTLER, and DOES 1-30,<br>　　　　Defendants. | 2:15-cv-00939-MCE-DAD<br><br>**ORDER CONFIRMING THE SETTLEMENT BETWEEN PLAINTIFFS JENNIFER HUGUNIN, PATRICK HUGUNIN AND D.H. AND ALL DEFENDANTS** |

Based on the Motion to Confirm Settlement and its supporting documents, and for good cause shown, the Plaintiffs' Motion is GRANTED and the following is ordered:

> The settlement on behalf of D.H. as set forth in the moving papers is approved. A special needs trust for the benefit of D.H. must be established as set forth in the moving papers, and the sum of $750,963.23 (seven hundred fifty thousand nine hundred sixty three dollars and twenty three cents) shall be deposited therein. The Trustee of the special needs trust is to post a bond in the amount of $826,000.00 (eight hundred twenty six thousand dollars and zero cents.)
>
> It is FURTHER ORDERED that the venue for on-going oversight of the special needs trust established by the order herein shall lie with the Placer County Superior Court, and the Trustee for the special needs trust shall file an account and report with that Court in the manner and frequency called for by the California Probate Code.
>
> It is FURTHER ORDERED that attorneys' fees in the amount of $3,500 (thirty five hundred dollars) shall be paid from the special needs trust to the Dale Law Firm for preparation of the special needs trust for the minor plaintiff.

**IT IS SO ORDERED.**

Dated:  September 8, 2015

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

ORDER RE: Settlement
2:15-cv-00939-MCE-DAD

- 2 -