PETER W. ALFERT, SBN 83139
**HINTON ALFERT & KAHN LLP**
200 Pringle Ave., Suite 450
Walnut Creek, California 94596
Telephone: (925) 279-3009
Facsimile: (925) 279-3342

TODD BOLEY, SBN 68119
ZOYA YARNYKH, SBN 258062
**LAW OFFICE OF TODD BOLEY**
2381 Mariner Square Drive, Suite 280
Alameda, CA 94501
Telephone: (510) 836-4500
Facsimile: (510) 649-5170

Attorneys for PLAINTIFFS JENNIFER HUGUNIN, PATRICK HUGUNIN, D.H., KEITH CALDWELL, NICOLE HILL, X.C., TRISHA PITTS, CARL PITTS, and N.P.

ALLISON S. HYATT, SBN 217567
**HYATT LAW, PC**
915 Highland Pointe Drive, Suite 250
Roseville, CA 95678
Telephone: (916) 724-5205
Facsimile: (916) 724-5201

Attorney for PLAINTIFFS TODD VROOMAN LAURA VROOMAN, and S.V., RICHARD ROGERS, TERRILL ROGERS and P.R., MICHELE MANCOUR and G.I.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER HUGUNIN, PATRICK HUGUNIN, D.H., a minor by and through his guardian ad litem JENNIFER HUGUNIN; KEITH CALDWELL, NICOLE HILL, X.C., a minor by and through his guardian ad litem KEITH CALDWELL, TRISHIA PITTS, CARL PITTS, N.P., a minor by and through his guardian ad litem TRISHIA PITTS, TODD VROOMAN, LAURA VROOMAN, S.V., a minor by and through his guardian ad litem TODD VROOMAN, RICHARD ROGERS, TERRILL ROGERS, P.R., a minor by and through his guardian ad litem RICHARD ROGERS, MICHELLE MANCOUR and G.I., a minor by and through his guardian ad litem MICHELLE MANCOUR,<br>    Plaintiffs,<br>  v.<br>ROCKLIN UNIFIED SCHOOL DISTRICT, SHERRY MCDANIEL, CHARLES THIBIDEAU, BETTY JO WESSINGER, JANNA CAMBRA, KEVIN BROWN, ROGER STOCK, DR. TODD CUTLER, and DOES 1-30,<br>    Defendants. | Case No: 2:15-cv-00939-MCE-DAD<br><br>**ORDER GRANTING MOTION TO APPROVE ACCEPTED RULE 68 OFFER OF JUDGMENT ON BEHALF OF MINOR G.I.** |

1   Based on the Motion To Approve Accepted Rule 68 Offer Of Judgment On Behalf Of
2   Minor G.I. filed on November 19, 2015 by Plaintiff Michele Mancour as appointed Guardian Ad
3   Litem for Minor Plaintiff, G.I., ("Motion"), its supporting documents, the personal appearance of
4   Ms. Mancour and counsel at the December 17, 2015 hearing on the Motion, and for good cause
5   shown for all relief requested therein, the Motion is GRANTED and the following is ordered:

7   The October 8, 2015 Joint Rule 68 Offer of Judgment by Defendants Rocklin Unified
8   School District ("RUSD"), Sherry McDaniel, Charles Thibideau, Betty Jo Wessinger, Janna
9   Cambra, Kevin Brown, Roger Stock and Dr. Todd Culter for Plaintiffs G.I. and Michele
10  Mancour is approved and the Clerk is ordered to enter Judgment accordingly pursuant to
11  Rule 68 of the Federal Rules of Civil Procedure in favor of Plaintiffs G.I. and Michele
12  Mancour.
13  IT IS FURTHER ORDERED that the distribution of proceeds from the Offer of Judgment
14  detailed in the Motion is approved and the special needs trust submitted with the moving
15  papers is also approved.  A special needs trust for the benefit of G.I. must be established as
16  set forth in the moving papers and supporting exhibit.
17  IT IS FURTHER ORDERED that venue for the on-going oversight of the special needs
18  trust established by the order herein shall lie with the Placer County Superior Court, and the
19  trustee of the special needs trust shall file an account and report with the Court in the
20  manner and frequency called for by the California Probate Code.
21  IT IS FURTHER ORDERED that the sum of $163,346.00 (one hundred sixty three
22  thousand, three hundred forty-six dollars and zero cents) is to be paid directly to the special
23  needs trust of G.I.
24  IT IS FURTHER ORDERED that the trustees of the special needs trust for G.I. shall post
25  bond in the amount of $186,214.44.
26  ///
27  ///
28

ORDER GRANTING MOTION FOR APPROVAL OF
PROPOSED SETTLEMENT ON BEHALF OF MINOR
*HUGUNIN, et al., v. RUSD, et al.,*

- 2 -

1    IT IS FURTHER ORDERED that attorneys' fees in the amount of $3,500 (three thousand
2    five hundred dollars and zero cents) shall be paid from the special needs trust to the Dale
3    Law Firm for the preparation of the special needs trust for Minor Plaintiff G.I.

4    **IT IS SO ORDERED.**

5    **Dated:  December 22, 2015**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT