| | |
|---|---|
| PETER W. ALFERT, SBN 83139<br>**HINTON ALFERT & KAHN LLP**<br>200 Pringle Ave., Suite 450<br>Walnut Creek, California  94596<br>Telephone: (925) 279-3009<br>Facsimile:  (925) 279-3342 | TODD BOLEY, SBN 68119<br>ZOYA YARNYKH, SBN 258062<br>**LAW OFFICE OF TODD BOLEY**<br>2381 Mariner Square Drive, Suite 280<br>Alameda, CA  94501<br>Telephone: (510) 836-4500<br>Facsimile: (510) 649-5170 |

Attorneys for PLAINTIFFS JENNIFER HUGUNIN, PATRICK HUGUNIN, D.H., KEITH CALDWELL, NICOLE HILL, X.C., TRISHA PITTS, CARL PITTS, and N.P.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER HUGUNIN, PATRICK HUGUNIN, D.H., a minor by and through his guardian ad litem JENNIFER HUGUNIN; KEITH CALDWELL, NICOLE HILL, X.C., a minor by and through his guardians ad litem KEITH CALDWELL and NICOLE HILL, TRISHA PITTS, CARL PITTS, N.P., a minor by and through his guardian ad litem TRISHIA PITTS, TODD VROOMAN, LAURA VROOMAN, S.V., a minor by and through his guardian ad litem TODD  VROOMAN, RICHARD ROGERS, TERRILL ROGERS, P.R., a minor by and through his guardian ad litem RICHARD ROGERS, MICHELLE MANCOUR and G.I., a minor by and through his guardian ad litem MICHELLE MANCOUR,<br>    Plaintiffs,<br>    v.<br>ROCKLIN UNIFIED SCHOOL DISTRICT, SHERRY MCDANIEL, CHARLES THIBIDEAU, BETTY JO WESSINGER, JANNA CAMBRA, KEVIN BROWN, ROGER STOCK, DR. TODD CUTLER, and DOES 1-30,<br>    Defendants. | 2:15-cv-00939-MCE-DAD<br><br>**ORDER CONFIRMING ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT ON BEHALF OF NICOLE HILL, KEITH CALDWELL, AND X.C., A MINOR, BY AND THROUGH HIS GUARDIANS AD LITEM NICOLE HILL AND KEITH CALDWELL AND ALL DEFENDANTS**<br><br>**Date:**       January 28, 2016<br>**Time:**       2:00 p.m.<br>**Courtroom:** 7, Floor 14 |

    The matter came on for hearing on January 28, 2016, on Plaintiffs Keith Caldwell and Nicole Hill's Motion For Order Confirming Settlement of Minor X.C.'S Claims pursuant to an offer made pursuant to Rule 68 of the Federal Rules of Civil Procedure.  Todd Boley and Peter W. Alfert appeared for Plaintiff. The Court, having read the pleadings and the papers filed in support of and in opposition to the motion, having heard the arguments of counsel and being fully apprised

therein, and good cause appearing therefor,

   IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT

1. The Court grants the motion to approve the settlement on behalf of the minors as set forth in the motion;

2. The October 8, 2015 Joint Rule 68 Offer of Judgment by Defendants Rocklin Unified School District ("RUSD"), Sherry McDaniel, Charles Thibideau, Betty J. Wessinger, Janna Cambra, Kevin Brown, Roger Stock and Dr. Todd Cutter is approved and the Clerk of Court is directed to enter judgment accordingly pursuant to Rule 68 of the Federal Rules of Civil Procedure in favor of Plaintiffs X.C., Nicole Hill and Keith Caldwell.

3. The special needs trust for X.J.C. as presented to this Court is hereby approved, and Nicole Elysecia Hill and Keith J. Caldwell as Guardians ad Litem are directed to execute said special needs trust for the minor's benefit.  The sum of $1,013,916.85 (one million thirteen thousand nine hundred sixteen dollars and eighty five cents) shall be deposited therein.   The Trustee of the special needs trust shall be WestAmerica Bank.

4. Venue for on-going oversight of the special needs trust established by the order herein shall lie with the Placer County Superior Court, and the Trustee for the special needs trust shall file an account and report with that Court in the manner and frequency called for by the California Probate Code.

5. Attorneys' fees in the amount of $3,500 (thirty five hundred dollars) shall be paid from the special needs trust to the Dale Law Firm for preparation of the special needs trust for the minor plaintiff.

///

///

///

///

///

///

///

6. Defendants shall prepare a draft in the amount of $1,013,916.85 payable to WestAmerica Bank as trustee of the special needs trust.

7. Defendants shall prepare a draft in the amount of $346,083.15 to the Hinton, Alfert and Kahn Trust Account.

Dated: February 2, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT