UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER HUGUNIN, et al., | No. 2:15-cv-00939 MCE AC (TEMP) |
| Plaintiffs, | |
| v. | <u>ORDER</u> |
| ROCKLIN UNIFIED SCHOOL DISTRICT, et al., | |
| Defendants. | |

On March 9, 2016, this matter came before the undersigned for hearing of defendants' motion to compel. Attorneys Carol Weichowski and Mark O'Dea appeared on behalf of the defendants and attorney Dee Ann Marie Watkins Gillick appeared on behalf of non-party City of Rocklin.

Upon consideration of the arguments on file and at the hearing, and for the reasons set forth on the record at the hearing, IT IS HEREBY ORDERED that:

1. Defendants' January 26, 2016 motion to compel (Dkt. No. 56) is granted;

2. The City of Rocklin shall produce responsive documents to defendants within fourteen days of the date of this order; and

///

///

1

3. The responsive documents shall be produced subject to a stipulated protective order.[1]

DATED: March 21, 2016.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] The parties have submitted a stipulated protective order which the court shall enter separately.