Carol A. Wieckowski, Esq. (SBN 95586)
Cathleen J. Fralick, Esq. (SBN 146378)
EVANS, WIECKOWSKI, WARD & SCOFFIELD, LLP
745 University Avenue, Sacramento, CA 95825
Telephone: (916)923-1600
Attorneys for Defendants
ROCKLIN UNIFIED SCHOOL DISTRICT,
CHARLES THIBIDEAU, BETTY JO WESSINGER,
JANNA CAMBRA, KEVIN BROWN,
ROGER STOCK and DR. TODD CUTLER
<u>Public Entity-Public Employees – Filing Fees Waived</u>

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| JENNIFER HUGUNIN, PATRICK HUGUNIN, D.H., a minor by and through his guardian ad litem JENNIFER HUGUNIN; KEITH CALDWELL, NICOLE HILL, X.C. a minor by and through his guardian ad litem KEITH CALDWELL; TRISHIA PITTS, CARL PITTS, N.P., a minor by and through his guardian ad litem TRISHIA PITTS; TODD VROOMAN, LAURA VROOMAN, S.V., a minor by and through his guardian ad litem TODD VROOMAN; RICHARD ROGERS, TERRILL ROGERS, P.R., a minor by and through his guardian ad litem RICHARD ROGERS; MICHELLE MANCOUR and G.I., a minor by and through his guardian ad litem MICHELLE MANCOUR,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>ROCKLIN UNIFIED SCHOOL DISTRICT, SHERRY MCDANIEL, CHARLES THIBIDEAU, BETTY JO WESSINGER, JANNA CAMBRA, KEVIN BROWN, ROGER STOCK, DR. TODD CUTLER, and Does 1-30, Inclusively,<br><br>　　　　　Defendants. | **CASE 2:15-CV-00939-MCE-DAD**<br><br>**Stipulation and Order to Continue Settlement Conference** |

IT IS HEREBY STIPULATED by and between Plaintiffs TRISHIA PITTS, CARL PITTS, N.P., a minor by and through his guardian ad litem TRISHIA PITTS and Defendants ROCKLIN UNIFIED SCHOOL DISTRICT, CHARLES THIBIDEAU, BETTY JO WESSINGER, JANNA, CAMBRA, KEVIN BROWN, ROGER STOCK, DR. TODD CUTLER, SHERRY McDANIEL, by and through their respective counsel of record that the settlement conference of April 7, 2016 at 10:00 a.m. before the Honorable Judge Edmund F. Brennan be continued to August 11, 2016 at 10:00 a.m.

IT IS SO STIPULATED.

Dated: March 28, 2016                    Evans Wieckowski Ward & Scoffield, LLP

                                                    By:_____/s/_____
                                                    Carol A. Wieckowski, Attorney for Defendants Rocklin Unified School District, Charles Thibideau, Betty Jo Wessinger, Janna Cambra, Kevin Brown, Roger Stock and Dr. Todd Cutler

Dated: March 28, 2016                    Longyear, O'Dea & Lavra, LLP

                                                    By:_____/s/_____
                                                    Gregory O'Dea, Esq., Attorney for Defendant Sherry McDaniel

Dated: March 28, 2016                    Hinton Alfert & Kahn, LLP

                                                    By:_____/s/_____
                                                    Peter Alfert, Attorneys for Plaintiffs

Dated: March 28, 2016                     Law Office of Todd Boley

                                          By:_____/s/_____
                                          Todd Boley, Attorney for Plaintiffs

IT IS SO ORDERED.

Dated:  March 29, 2016.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE