LONGYEAR, O'DEA & LAVRA, LLP
3620 American River Drive, Suite 230
Sacramento, CA 95864
Phone: 916-974-8500
Facsimile: 916-974-8510

Gregory P. O'Dea, CSB No. 110966
Mark P. O'Dea, CSB No. 186061
Natasha N. Langenfeld, CSB No. 250944

Attorneys for Defendant, Sherry McDaniel

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER HUGUNIN, PATRICK HUGUNIN, D.H., a minor by and through his guardian ad litem JENNIFER HUGUNIN; KEITH CALDWELL, NICOLE HILL, X.C. a minor by and through his guardian ad litem KEITH CALDWELL; TRISHIA PITTS, CARL PITTS, N.P., a minor by and through his guardian ad litem TRISHIA PITTS; TODD VROOMAN, LAURA VROOMAN, S.V., a minor by and through his guardian ad litem TODD VROOMAN; RICHARD ROGERS, TERRILL ROGERS, P.R, a minor by and through his guardian ad litem RICHARD ROGERS; MICHELLE MANCOUR and G.I., a minor by and through his guardian ad litem MICHELLE MANCOUR,<br><br>Plaintiffs,<br><br>vs.<br><br>ROCKLIN UNIFIED SCHOOL DISTRICT SHERRY MCDANIEL, CHARLES THIBIDEAU, BETTY JO WESSINGER, JANNA CAMBRA, KEVIN BROWN, ROGER STOCK, DR. TODD CUTLER, and Does 1-30, Inclusively,<br><br>Defendants. | CASE NO. 2:15-cv-00939-MCE-DAD<br><br>**ORDER RE STIPULATION FOR THE IDENTIFICATION AND PRESERVATION OF THE CONFIDENTIALITY OF DOCUMENTS** |

The parties to the above-captioned action, through their counsel of record, entered into a Stipulation for the Identification and Preservation of the Confidentiality of Documents, which was

previously filed on November 4, 2015 (Docket No. 41), (a true and correct copy of which is attached hereto as Exhibit A). The parties now wish to have the Court issue an order with respect to the Stipulation. With that in mind, the parties request that Court issue its order requiring the parties to comply with the terms of the Stipulation.

    IT IS SO ORDERED.

Dated:  March 29, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT