UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER HUGUNIN, et al., | No. 2:15-cv-00939 MCE AC (TEMP) |
| Plaintiffs, | |
| v. | ORDER |
| ROCKLIN UNIFIED SCHOOL DISTRICT, et al., | |
| Defendants. | |

On July 25, 2016, this matter came before the undersigned for an informal telephonic discovery conference. Attorney Zoya Yarnkyh appeared on behalf of the plaintiffs, attorney Natasha Langenfeld appeared on behalf of defendant Sherry McDaniel, and attorney Carol Wieckowski appeared on behalf of defendant Rocklin Unified School District.

Upon consideration of the parties' arguments, IT IS HEREBY ORDERED that the parties' request to enforce the February 16, 2016 subpoena served on Heather Hurrt, MFT, 2330 Professional Drive, Suite 100G, Roseville, CA 95678 is GRANTED. Defendant McDaniel is hereby authorized to obtain, by subpoena, the treatment records of minor plaintiff N.P.

DATED: July 26, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE