| | |
|---|---|
| Peter W. Alfert, SBN 83139<br>**HINTON ALFERT, PC**<br>200 Pringle Ave., Suite 450<br>Walnut Creek, California 94596<br>Telephone: (925) 279-3009<br>Facsimile: (925) 279-3342<br><br>*Attorneys for Plaintiffs JENNIFER HUGUNIN, PATRICK HUGUNIN, D.H., KEITH CALDWELL, NICOLE HILL, X.C., TRISHA PITTS, CARL PITTS, and N.P.*<br><br>Gregory P. O'Dea, SBN 110966<br>Mark P. O'Dea, SBN 186061<br>Natasha N. Langenfeld, SBN 250944<br>**LONGYEAR, O'DEA & LAVRA, LLP**<br>3620 American River Drive, Suite 230<br>Sacramento, CA 95864<br>Phone: 916-974-8500<br>Facsimile: 916-974-8510<br>*Attorneys for Defendant, SHERRY MCDANIEL* | Todd Boley, SBN 68119<br>Zoya Yarnykh, SBN 258062<br>**LAW OFFICE OF TODD BOLEY**<br>2381 Mariner Square Drive, Suite 280<br>Alameda, CA 94501<br>Telephone: (510) 836-4500<br>Facsimile: (510) 649-5170<br><br><br>Carol A. Wieckowski, Esq., SBN 95586<br>Cathleen J. Fralick, Esq., SBN 146378<br>**EVANS, WIECKOWSKI, WARD & SCOFFIELD, LLP**<br>745 University Avenue, Sacramento, CA 95825<br>Telephone: (916)923-1600<br>*Attorneys for Defendants ROCKLIN UNIFIED SCHOOL DISTRICT, CHARLES THIBIDEAU, BETTY JO WESSINGER, JANNA CAMBRA, KEVIN BROWN, ROGER STOCK and DR. TODD CUTLER* |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER HUGUNIN, PATRICK HUGUNIN, D.H., a minor by and through his guardian ad litem JENNIFER HUGUNIN; KEITH CALDWELL, NICOLE HILL, X.C. a minor by and through his guardian ad litem KEITH CALDWELL; TRISHIA PITTS, CARL PITTS, N.P., a minor by and through his guardian ad litem TRISHIA PITTS; TODD VROOMAN, LAURA VROOMAN, S.V., a minor by and through his guardian ad litem TODD VROOMAN; RICHARD ROGERS, TERRILL ROGERS, P.R, a minor by and through his guardian ad litem RICHARD ROGERS; MICHELLE MANCOUR and G.I., a minor by and through his guardian ad litem MICHELLE MANCOUR,<br>          Plaintiffs,<br>vs.<br><br>ROCKLIN UNIFIED SCHOOL DISTRICT SHERRY MCDANIEL, CHARLES THIBIDEAU, BETTY JO WESSINGER, JANNA CAMBRA, KEVIN BROWN, ROGER STOCK, DR. TODD CUTLER, and Does 1-30, Inclusively,<br>          Defendants. | **CASE NO. 2:15-CV-00939-MCE-DB**<br><br>**AMENDED STIPULATION AND ORDER RE: REVISING OF PRETRIAL SCHEDULING ORDER** |

This Stipulation is entered into by and between plaintiffs, TRISHIA PITTS, CARL PITTS, N.P., a minor by and through his guardian ad litem TRISHIA PITTS, by and through their counsel Peter W. Alfert, of Hinton Alfert PC, and Todd Boley and Zoya Yarnykh of Boley Law; and defendants, ROCKLIN UNIFIED SCHOOL DISTRICT CHARLES THIBIDEAU, BETTY JO WESSINGER, JANNA CAMBRA, KEVIN BROWN, ROGER STOCK, and DR. TODD CUTLER, by and through their counsel, Carol Wieckowski of Evans, Wieckowski, Ward & Scoffield; and defendant SHERRY McDANIEL, by and through her counsel, Gregory P. O'Dea and Natasha Langenfeld of Longyear, O'Dea & Lavra, LLP.

The parties to this action hereby stipulate, by and through their respective undersigned counsel of record, as follows:

WHEREAS, the initial Pretrial Scheduling Order (Doc. 40) was previously modified on June 30, 2016, thereby extending fact discovery cut-off from October 17, 2016 to February 28, 2017. Expert discovery was extended to be completed by May 31, 2017, from the initial date of December 16, 2016 (See Doc. 91). "Completed" means that all discovery shall have been conducted so that all depositions have been taken and all disputes relative to discovery shall have been resolved. The parties stipulate that they will not be able to conduct all discovery needed by the current cutoff date due to potential additional plaintiffs (Doc. 79, motion currently pending), and there has been no discovery with respect to these proposed new plaintiffs. This Court, on its own motion, has taken this matter off trial calendar on November 2, 2016 (Doc. 96, text-only Minute Order).

Parties propose June 30, 2017 as a fact discovery cutoff date. Plaintiffs have been diligently responding to and pursuing discovery, and have engaged in numerous meet and confer efforts with defense counsel through letters and conference calls. Some depositions have been taken and completed, yet several remain outstanding, of both witnesses and Defendants, including Sherry McDaniel.

WHEREAS, the current expert disclosure deadline is May 31, 2017. The parties, in light of the requested fact discovery cutoff date, stipulate to continue the expert disclosure deadline accordingly, to September 29, 2017.

WHEREAS, the current last day to hear dispositive motions is April 13, 2017 (See Doc. 40). The parties, in light of the requested discovery cutoff dates above, stipulate to continue the last day to hear

dispositive motions to December 29, 2017.

WHEREAS, a Settlement Conference is currently set for December 22, 2016 before the Honorable Edmund F. Brennan. The parties believe that this Settlement Conference may prove to be productive, given the current state of discovery, as well as the resolution of all of the Plaintiffs' cases except for the Pitts family, the only remaining active Plaintiffs in this matter.

The parties therefore respectfully request that the Court enter a Revised Pretrial Scheduling Order reflecting those dates.

**IT IS SO STIPULATED:**

Dated: 12/6/16          HINTON ALFERT, PC

                        By: ____/s/_____
                            PETER W. ALFERT
                            Attorney for Plaintiffs, JENNIFER HUGUNIN, PATRICK HUGUNIN, D.H., a minor by and through his guardian ad litem JENNIFER HUGUNIN; KEITH CALDWELL, NICOLE HILL, X.C. a minor by and through his guardian ad litem KEITH CALDWELL; TRISHIA PITTS, CARL PITTS, N.P., a minor by and through his guardian ad litem TRISHIA PITTS

Dated: 12/6/16          LAW OFFICES OF TODD BOLEY

                        By: ____/s/_____
                            TODD BOLEY
                            Attorney for Plaintiffs, JENNIFER HUGUNIN, PATRICK HUGUNIN, D.H., a minor by and through his guardian ad litem JENNIFER HUGUNIN; KEITH CALDWELL, NICOLE HILL, X.C. a minor by and through his guardian ad litem KEITH CALDWELL; TRISHIA PITTS, CARL PITTS, N.P., a minor by and through his guardian ad litem TRISHIA PITTS

Dated: 12/6/16          EVANS, WIECKOWSKI, WARD & SCOFFIELD, LLP

                        By: ___/s/_____
                            CAROL WIECKOWSKI
                            Attorney for Defendants,
                            ROCKLIN UNIFIED SCHOOL DISTRICT
                            CHARLES THIBIDEAU, BETTY JO WESSINGER, JANNA CAMBRA, KEVIN

BROWN, ROGER STOCK, and DR. TODD CUTLER

Dated: 12/6/16

LONGYEAR, O'DEA & LAVRA, LLP

By: _____/s/_____
    GREGORY P. O'DEA
    NATASHA LANGENFELD
    Attorney for Defendant,
    SHERRY MCDANIEL

## **ORDER**

Pursuant to the stipulation of the parties, and good cause appearing, it is hereby ordered as follows:

Fact discovery cutoff is continued to June 30, 2017. Expert disclosure deadline is continued to September 30, 2017. The last day to file dispositive motions is continued to December 29, 2017. The deadline to file dispositive motions is continued to The Settlement Conference date remains unchanged.

**IT IS SO ORDERED.**

**Dated: January 5, 2017**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE