PETER W. ALFERT, SBN 83139
**LAW OFFICES OF PETER ALFERT, PC**
200 Pringle Ave, Suite #450
Walnut Creek, California 94596
Telephone: (925) 279-3009
Facsimile: (925) 279-3342
peter@alfertlaw.com

TODD BOLEY, SBN 64119
ZOYA YARNYKH, SBN 258062
**LAW OFFICES OF TODD BOLEY**
2381 Mariner Square Dr., Ste. 280
Alameda, CA 94501
Telephone: (510) 836-4500
Facsimile: (510) 649-5170
boley@boleylaw.com
yarnykh@boleylaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER HUGUNIN, PATRICK HUGUNIN, D.H., a minor by and through his guardian ad litem JENNIFER HUGUNIN; KEITH CALDWELL, NICOLE HILL, X.C. a minor by and through his guardian ad litem KEITH CALDWELL; TRISHIA PITTS, CARL PITTS, N.P., a minor by and through his guardian ad litem TRISHIA PITTS; TODD VROOMAN, LAURA VROOMAN, S.V., a minor by and through his guardian ad litem TODD VROOMAN; RICHARD ROGERS, TERRILL ROGERS, P.R, a minor by and through his guardian ad litem RICHARD ROGERS; MICHELLE MANCOUR and G.I., a minor by and through his guardian ad litem MICHELLE MANCOUR; AYRELLA OSBY, B.E., a minor by and through his guardian ad litem AYRELLA OSBY; MELISSA GUIDERA, T.G., a minor by and through his guardian ad litem MELISSA GUIDERA; DANYELLE ELLIS; GREGORY TODD ELLIS, AND A.E., a minor by and through his guardians ad litem DANYELLE ELLIS and GREGORY TODD ELLIS,<br><br>　　　　　　　　　　　　　　Plaintiffs,<br>　　　　vs.<br>ROCKLIN UNIFIED SCHOOL DISTRICT, SHERRY MCDANIEL, CHARLES THIBIDEAU, BETTY JO WESSINGER, JANNA CAMBRA, KEVIN BROWN, ROGER STOCK, DR. TODD CUTLER, and Does 1-30, Inclusively,<br>　　　　　　　　　　　　　　Defendants. | Case No.: 2:15-cv-00939-MCE-DB<br><br>**ORDER GRANTING MOTION FOR ORDER CONFIRMING SETTLEMENT OF MINOR N.P.'S CLAIMS**<br><br>**DATE:** September 7, 2017<br>**TIME:** 2:00 p.m.<br>**COURTROOM:** 7 |

The matter was set for hearing on September 7, 2017, in the above-entitled Court, on Plaintiffs' Motion For Order Confirming Settlement of Minor N.P.'s Claims. The Court, having read the pleadings and the papers filed in support of and having received no opposition to the motion, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

Plaintiffs Motion for Order Confirming Settlement of Minors claim is GRANTED.

IT IS FURTHER ORDERED that:

    a. The Court approves the settlement on behalf of the minor as set forth in the Motion;

    b. The Court approves the special needs trust for minor plaintiff N.P. as attached to the Motion as Exhibit A;

    c. The Court directs the Guardians ad Litem for minor plaintiff N.P. to execute the special needs trust for the minor;

    d. The Court appoints Trishia Pitts and Carl Pitts to serve as the Initial Co-Trustees of the special needs trust for Plaintiff N.P. and further orders that said Trustee shall post bond in the amount of $429,939.14 for the trust;

    e. The Court orders that venue for on-going oversight of the special needs trust established herein shall lie with the Placer County Superior Court;

    f. The Court orders that the sum of $373,860.12 be allocated to the special needs trust of plaintiff N.P.; and,

    g. The Court orders that attorneys' fees in the amount of $3,500 shall be paid from the special needs trust to the CunninghamLegal firm for preparation of the special needs trusts for the minor plaintiff.

IT IS SO ORDERED.

Dated: September 18, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE