Carol A. Wieckowski, Esq. (SBN 95586)
Cathleen J. Fralick, Esq. (SBN 146378)
EVANS, WIECKOWSKI, WARD &
SCOFFIELD, LLP
745 University Avenue
Sacramento, CA 95825
Telephone: (916)923-1600
Attorneys for Defendants
Rocklin Unified School District,
Charles Thibideau, Betty Jo Wessinger,
Janna Cambra, Kevin Brown, Roger Stock
And Dr. Todd Cutler
<u>Public Entity-Employees– Filing Fees Waived</u>

Mark O'Dea/Natasha Langenfeld
Longyear, O'Dea & Lavra, LLP
3620 American River Drive, Suite 230
Sacramento CA 95864
T: 974-8500 ext. 111  F: 974-8510
Attorneys for Defendant Sherry McDaniel

Peter W. Alfert (SBN 83139)
LAW OFFICES OF PETER ALFERT, APC
200 Pringle Ave, Suite 450
Walnut Creek, CA 94596
Telephone: (925) 279-3009
Facsimile:  (925) 279-3342
Attorneys for Plaintiffs

Todd Boley (SBN 68119)
Zoya Yarnykh (SBN 258062)
LAW OFFICES OF TODD BOLEY
2381 Mariner Square Dr., Ste. 280
Alameda, CA 94501
Telephone: (510) 836-4500
Facsimile:  (510) 649-5170
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| JENNIFER HUGUNIN, PATRICK HUGUNIN, D.H., a minor by and through his guardian ad litem JENNIFER HUGUNIN; KEITH CALDWELL, NICOLE HILL, X.C. a minor by and through his guardian ad litem KEITH CALDWELL; TRISHIA PITTS, CARL PITTS, N.P., a minor by and through his guardian ad litem TRISHIA PITTS; TODD VROOMAN, LAURA VROOMAN, S.V., a minor by and through his guardian ad litem TODD VROOMAN; RICHARD ROGERS, TERRILL ROGERS, P.R., a minor by and through his guardian ad litem RICHARD ROGERS; MICHELLE MANCOUR and G.I., a minor by and through his guardian ad litem MICHELLE MANCOUR; AYRELLA OSBY, B.E., a minor by and through his guardian ad litem AYRELLA OSBY; MELISSA GUIDERA, T.G., a minor by and through his guardian ad litem MELISSA GUIDERA; DANYELLE | **CASE 2:15-cv-00939-MCE-DAD**<br><br>**Stipulation and Order Re: Revising Pretrial Scheduling Order** |

| | |
|---|---|
| ELLIS; GREGORY TODD ELLIS, AND A.E., a minor by and through his guardians ad litem DANYELLE ELLIS and GREGORY TODD ELLIS, Plaintiffs, | ) ) ) ) ) |
| vs. | ) ) |
| ROCKLIN UNIFIED SCHOOL DISTRICT, SHERRY MCDANIEL, CHARLES THIBIDEAU, BETTY JO WESSINGER, JANNA CAMBRA, KEVIN BROWN, ROGER STOCK, DR. TODD CUTLER, and Does 1-30, Inclusively, Defendants. | ) ) ) ) ) ) ) ) |

This Stipulation is entered into by and between Plaintiffs AYRELLA OSBY, B.E., a minor by and through his guardian ad litem AYRELLA OSBY; MELISSA GUIDERA, T.G., a minor by and through his guardian ad litem MELISSA GUIDERA; DANYELLE ELLIS; GREGORY TODD ELLIS, AND A.E., a minor by and through his guardians ad litem DANYELLE ELLIS and GREGORY TODD ELLIS by and through their counsel Peter W. Alfert of the Law Offices of Peter Alfert, APC and Todd Boley and Zoya Yarnykh of the Law Offices Of Todd Boley and Defendants ROCKLIN UNIFIED SCHOOL DISTRICT, CHARLES THIBIDEAU, BETTY JO WESSINGER, JANNA CAMBRA, KEVIN BROWN, ROGER STOCK, DR. TODD CUTLER by and through their counsel Carol A. Wieckowski of Evans Wieckowski Ward & Scoffield, LLP and Defendant SHERRY MCDANIEL by and through her counsel Greg O'Dea and Mark O'Dea of Longyear, O'Dea & Lavra, LLP.

The parties to this action hereby stipulate, by and through their respective undersigned counsel of record, as follows:

WHEREAS, the claims of the original Plaintiff parties Hugunin, Caldwell, Pitts, Vrooman, Rogers and Mancour have settled and this case proceeds forward on the claims of the "new" party Plaintiffs AYRELLA OSBY, B.E., a minor by and through his guardian ad litem

AYRELLA OSBY; MELISSA GUIDERA, T.G., a minor by and through his guardian ad litem MELISSA GUIDERA; DANYELLE ELLIS; GREGORY TODD ELLIS, AND A.E., a minor by and through his guardians ad litem DANYELLE ELLIS and GREGORY TODD ELLIS pursuant to the First Amended Complaint filed February 13, 2017, modified on February 14, 2017 (Doc 108).

WHEREAS, the Pretrial Scheduling Order (Doc 40) was previously modified on June 30, 2016 (Doc 91), modified again on January 6, 2017 (Doc 105) and lastly on July 10, 2017, pursuant to Defendants' Motion (Doc 125) that all discovery with the exception of expert discovery, shall be completed by September 8, 2017, all counsel are to designate in writing, file with the court and served upon all other parties the name, address and area of expertise of each expert that they propose to tender at trial by November 30, 2017, and that all other dates in the Pretrial Status Order remain unchanged (Docket 133). There is no trial date.

WHEREAS, the parties have initiated settlement discussions and wish to proceed to formal mediation on December 18, 2017. The current Expert Disclosure deadline is November 30, 2017. The parties, in light of the ongoing settlement discussions and mediation hearing, stipulate to continue to the Expert Disclosure deadline accordingly, 45 days after mediation on February 1, 2018, should the case not resolve in its entirety.

WHEREAS, the PTSO did not address expert rebuttal reports which the parties stipulate to be due 30 days after expert disclosure on March 5, 2018.

WHEREAS, the parties stipulate that the close of expert discovery be six weeks after the disclosure of expert rebuttal reports on April 16, 2018, to complete expert discovery including depositions.

WHEREAS, the current last day to hear dispositive motions is February 28, 2018 (Doc

123), the parties, in light of the pending settlement discussions and continuance of expert disclosures and discovery, stipulate to continue the last day to hear dispositive motions to 11 weeks after the close of expert discovery on July 2, 2018, motions to be filed no later than May 7, 2018, oppositions are due June 18, 2018 and Defendants' replies are due June 25, 2018.

The parties therefore respectfully request that the court enter a revised pretrial scheduling order reflecting those dates.

**IT IS SO STIPULATED:**

Dated: November 7, 2017             Law Offices of Todd Boley

                                    By:      /s/ Todd Boley
                                        Todd Boley, Attorney for Plaintiffs

Dated: November 7, 2017             Law Offices of Peter Alfert

                                    By:      /s/ Peter W. Alfert
                                        Peter W. Alfert, Attorney for Plaintiffs

Dated: November 7, 2017             Evans Wieckowski Ward & Scoffield, LLP

                                    By:    /s/ Carol A. Wieckowski
                                        Carol A. Wieckowski, Attorney for Defendants
                                        Rocklin Unified School District, Charles
                                        Thibideau, Betty Jo Wessinger, Janna Cambra,
                                        Kevin Brown, Roger Stock and Dr. Todd Cutler

Dated: November 7, 2017             Longyear, O'Dea & Lavra, LLP

                                    By:    /s/ Mark O'Dea
                                        Mark O'Dea, Attorney for
                                        Defendant Sherry McDaniel

///

///

///

## ORDER

Pursuant to the stipulation of the parties, and good cause appearing, it is hereby ordered as follows:

Expert Disclosures deadline is continued to February 1, 2018.

Expert Rebuttal Reports are due March 5, 2018.

Close of Expert Discovery is April 16, 2018.

Last day to file dispositive motions is May 7, 2018.

Last day to file replies to oppositions is June 25, 2018.

Last day to hear dispositive motions is July 2, 2018.

**IT IS SO ORDERED.**

**Dated: November 8, 2017**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE