| | |
|---|---|
| PETER W. ALFERT, SBN 83139<br>**LAW OFFICES OF PETER ALFERT, PC**<br>200 Pringle Ave, Suite #450<br>Walnut Creek, California 94596<br>Telephone: (925) 279-3009<br>Facsimile: (925) 279-3342<br><br>TODD BOLEY, SBN 64119<br>**LAW OFFICE OF TODD BOLEY**<br>2381 Mariner Square Dr., Ste. 280<br>Alameda, CA 94501<br>Telephone: (510) 836-4500<br>Facsimile: (510) 649-5170<br><br>Attorneys for Plaintiffs | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER HUGUNIN, PATRICK HUGUNIN, D.H., a minor by and through his guardian ad litem JENNIFER HUGUNIN; KEITH CALDWELL, NICOLE HILL, X.C. a minor by and through his guardian ad litem KEITH CALDWELL; TRISHIA PITTS, CARL PITTS, N.P., a minor by and through his guardian ad litem TRISHIA PITTS; TODD VROOMAN, LAURA VROOMAN, S.V., a minor by and through his guardian ad litem TODD VROOMAN; RICHARD ROGERS, TERRILL ROGERS, P.R, a minor by and through his guardian ad litem RICHARD ROGERS; MICHELLE MANCOUR and G.I., a minor by and through his guardian ad litem MICHELLE MANCOUR; AYRELLA OSBY, B.E., a minor by and through his guardian ad litem AYRELLA OSBY; MELISSA GUIDERA, T.G., a minor by and through his guardian ad litem MELISSA GUIDERA; DANYELLE ELLIS; GREGORY TODD ELLIS, AND A.E., a minor by and through his guardians ad litem DANYELLE ELLIS and GREGORY TODD ELLIS,<br>     Plaintiffs,<br>   vs.<br>ROCKLIN UNIFIED SCHOOL DISTRICT, SHERRY MCDANIEL, CHARLES THIBIDEAU, BETTY JO WESSINGER, JANNA CAMBRA, KEVIN BROWN, ROGER STOCK, DR. TODD CUTLER, and Does 1-30, Inclusively,<br>     Defendants. | Case No.: 2:15-cv-00939-MCE-DB<br><br>**ORDER ON PLAINTIFFS' MOTION FOR ORDER TO REMOVE INCORRECTLY FILED DOCUMENTS: DOCKET ITEM NOS. 148, 148-1, 149, 149-1, 150, 150-1.**<br><br>**HON. MORRISON C. ENGLAND, JR.** |

1

ORDER ON PLAINTIFFS' MOTION FOR ORDER TO REMOVE INCORRECTLY FILED DOCUMENTS:
DOCKET ITEM NOS. 148, 148-1, 149, 149-1, 150, 150-1

Plaintiffs AYRELLA OSBY, B.E., a minor by and through his guardian ad litem AYRELLA OSBY; MELISSA GUIDERA, T.G., a minor by and through his guardian ad litem MELISSA GUIDERA; DANYELLE ELLIS; GREGORY TODD ELLIS, AND A.E., a minor by and through his guardians ad litem DANYELLE ELLIS and GREGORY TODD ELLIS, (collectively "Plaintiffs") filed a Motion for Order to Remove Incorrectly Filed Documents: Docket Item Nos. 148, 148-1, 149, 149-1, 150, 150-1. Upon consideration of the Motion, the Court finds there is good cause to grant Plaintiffs' Motion to remove Docket Item Nos. 148, 148-1, 149, 149-1, 150, 150-1 from the public docket.

IT IS HEREBY ORDERED that Plaintiffs' Motion to Remove Incorrectly Filed Documents (Docket Item No. 154) is GRANTED. The Clerk of Court is directed to refile Docket Item Nos. 148, 148-1, 149, 149-1, 150, 150-1 under seal so they cannot be accessed by the general public.[1] Redacted versions of the documents at are filed at Docket Item Nos. 151-53.

IT IS SO ORDERED.

Dated: March 17, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

[1] The Court recognizes that Plaintiffs' counsel asked that the documents be permanently be deleted and removed from the Court's docket. In order to avoid any confusion concerning the filing sequence of documents on the docket, however, the Court believes it is instead preferable to have the documents filed under seal.