| | |
|---|---|
| 1<br>2<br>3<br>4 | PETER W. ALFERT, SBN 83139<br>**LAW OFFICES OF PETER ALFERT, PC**<br>200 Pringle Ave, Suite #450<br>Walnut Creek, California 94596<br>Telephone: (925) 279-3009<br>Facsimile: (925) 279-3342 |
| 5<br>6<br>7 | TODD BOLEY, SBN 64119<br>**LAW OFFICE OF TODD BOLEY**<br>2381 Mariner Square Dr., Ste. 280<br>Alameda, CA 94501<br>Telephone: (510) 836-4500<br>Facsimile: (510) 649-5170 |
| 8 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER HUGUNIN, PATRICK HUGUNIN, D.H., a minor by and through his guardian ad litem JENNIFER HUGUNIN; KEITH CALDWELL, NICOLE HILL, X.C. a minor by and through his guardian ad litem KEITH CALDWELL; TRISHIA PITTS, CARL PITTS, N.P., a minor by and through his guardian ad litem TRISHIA PITTS; TODD VROOMAN, LAURA VROOMAN, S.V., a minor by and through his guardian ad litem TODD VROOMAN; RICHARD ROGERS, TERRILL ROGERS, P.R, a minor by and through his guardian ad litem RICHARD ROGERS; MICHELLE MANCOUR and G.I., a minor by and through his guardian ad litem MICHELLE MANCOUR; AYRELLA OSBY, B.E., a minor by and through his guardian ad litem AYRELLA OSBY; MELISSA GUIDERA, T.G., a minor by and through his guardian ad litem MELISSA GUIDERA; DANYELLE ELLIS; GREGORY TODD ELLIS, AND A.E., a minor by and through his guardians ad litem DANYELLE ELLIS and GREGORY TODD ELLIS,<br>　　　　　Plaintiffs,<br>vs.<br>ROCKLIN UNIFIED SCHOOL DISTRICT, SHERRY MCDANIEL, CHARLES THIBIDEAU, BETTY JO WESSINGER, JANNA CAMBRA, KEVIN BROWN, ROGER STOCK, DR. TODD CUTLER, and Does 1-30, Inclusively,<br>　　　　　Defendants. | Case No.: 2:15-cv-00939-MCE-DB<br><br>**ORDER GRANTING PLAINTIFFS *AMENDED* MOTION FOR ORDER APPROVING SETTLEMENT OF MINOR A.E.'S CLAIMS**<br><br>Date:　　　　March 22, 2018<br>Time:　　　　11:00 A.M.<br>Courtroom:　7, 14th Floor<br><br>HON. MORRISON C. ENGLAND, JR. |

---

1

ORDER ON PLAINTIFFS' *AMENDED* MOTION TO APPROVE SETTLEMENT OF MINOR A.E..'S CLAIMS

The matter came on regularly for hearing on March 22, 2018, in the above-entitled Court, on Plaintiffs' Motion for Order Approving Settlement of Minor's Claims. Todd Boley appeared for Plaintiffs. The Court, having read the pleadings and the papers filed in support of the motion, having heard the arguments of counsel and being fully apprised therein, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The Court GRANTS the motion to approve the settlement on behalf of the minor plaintiff A.E. as set forth in the motion (ECF No. 151);

2. The special needs trust for A.E. as presented to this Court in **Exhibit A** to the Motion is hereby approved, and

3. DANYELLE ELLIS, as guardian ad litem of A.E., is directed to execute the special needs trust for the minor.

4. DANYELLE ELLIS and GREGORY TODD ELLIS are hereby appointed to serve as the initial Trustees of the A.E. Special Needs Trust, and bond for the Trustees is $ 322,321.57 (the Funding amount + 15%).

5. The Guardian ad Litem DANYELLE ELLIS is directed to place the minor's portion of the settlement, $ 280,279.63, into the A.E. special needs trust attached to the motion as Ex. A; and those funds shall not be considered an available resource for purposes of federal and state public assistance benefits eligibility; and

6. Attorneys' fees in the amount of $3,000 shall be paid from the special needs trust to the Dale Law Firm for the preparation of the special needs trust for the minor plaintiff; and

///
///
///
///
///
///
///

7. The Court orders that the venue for on-going oversight of the special needs trust established herein shall lie with the Placer County Superior Court; and the Trustee of the trust shall file an account and report with that Court in the manner and frequency called for by California Probate code.

IT IS SO ORDERED.

Dated: March 22, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE