PETER W. ALFERT, SBN 83139
IAN A. HANSEN, SBN 255449
**LAW OFFICES OF PETER ALFERT, PC**
909 Marina Village Parkway, #199
Alameda, CA 94501
Telephone: (925) 279-3009

**Attorneys for PLAINTIFFS**

ALLISON HYATT, SBN 217567
**FREEMAN MATHIS & GARY LLP**
1013 Galleria Blvd., Ste 250
ROSEVILLE, CA 95678
Telephone: (916) 472-3302

**Attorneys For PLAINTIFFS**

CAROL A. WIECKOWSKI, SBN 95586
**EVANS WIECKOWSKI, ET AL**
745 University Avenue
Sacramento, CA 95825
Tel: 916-923-1600

**Attorneys For DEFENDANTS**
ROCKLIN UNIFIED SCHOOL DISTRICT, CHARLES THIBIDEAU, BETTY JO WESSINGER, JANNA CAMBRA, KEVIN BROWN, ROGER STOCK, DR. TODD CUTLER

TODD BOLEY, SBN 64119
**LAW OFFICE OF TODD BOLEY**
2381 Mariner Square Dr., Ste. 280
Alameda, CA 94501
boley@boleylaw.com
Telephone: (510) 836-4500

**Attorneys for PLAINTIFFS**
GREGORY O'DEA, SBN 109166
NATASHA LANGENFELD, SBN 250944
**LONGYEAR, O'DEA & LAVRA LLP**
3620 American River Drive, Ste 230
Sacramento, CA 95864
Telephone: 916-974-8500

**Attorneys For DEFENDANT**
SHERRY MCDANIEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER HUGUNIN, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> ROCKLIN UNIFIED SCHOOL DISTRICT, SHERRY MCDANIEL, CHARLES THIBIDEAU, BETTY JO WESSINGER, JANNA CAMBRA, KEVIN BROWN, ROGER STOCK, DR. TODD CUTLER, and Does 1-30, Inclusively, <br><br> Defendants. | Case No.: 2:15-cv-00939-MCE-DB <br><br> <u>***AMENDED***</u> **STIPULATION AND ORDER OF DIMISSAL** <br><br><br> HON. MORRISON C. ENGLAND, JR. |

| 1  | It is hereby stipulated between plaintiffs, JENNIFER HUGUNIN, PATRICK HUGUNIN,
| 2  | D.H., a minor by and through his guardian ad litem JENNIFER HUGUNIN; KEITH CALDWELL,
| 3  | NICOLE HILL, X.C., a minor by and through his guardian ad litem KEITH CALDWELL,
| 4  | TRISHIA PTITS, CARL PITTS, N.P. a minor by and through his guardian ad litem TRISHIA
| 5  | PITTS, TODD VROOMAN, LAURA VROOMAN, S.V., a minor by and through his guardian ad
| 6  | litem TODD VROOMAN, RICHARD ROGERS, TERRILL ROGERS, P.R., a minor by and
| 7  | through his guardian ad litem RICHARD ROGERS, MICHELLE MANCOUR and G.I., a minor
| 8  | by and through his guardian ad litem MICHELLE MANCOUR, AYRELLA OSBY, B.E., a minor
| 9  | by and through his guardian ad litem AYRELLA OSBY, MELISSA GUIDERA, T.G. , a minor by
| 10 | and through his guardian ad litem MELISSA GUIDERA, DANYELLE ELLIS, GREGORY
| 11 | TODD ELLIS, and A.E., a minor by and through his guardian ad litem DANYELLE ELLIS and
| 12 | GREGORY TODD ELLIS, by and through their counsel of record and defendants ROCKLIN
| 13 | UNIFIED SCHOOL DISTRICT, CHARLES THIBIDEAU, BETTY JO WESSINGER, JANNA
| 14 | CAMBRA, KEVIN BROWN, ROGER STOCK, DR. TODD CUTLER and SHERRY
| 15 | MCDANIEL, by and through their respective counsel of record, that the above-referenced action
| 16 | should be dismissed with prejudice pursuant to F.R.C.P. 41 as to all claims and causes of action
| 17 | against defendants. The parties further stipulate that the parties release each other for attorneys'
| 18 | fees, expenses and costs.

Dated: May 3, 2018              LAW OFFICES OF PETER ALFERT


                                  /s/ Ian A. Hansen
                                PETER W. ALFERT
                                IAN A. HANSEN
                                Attorneys for Plaintiffs

Dated: May 3, 2018              LAW OFFICES OF TODD BOLEY


                                  /s/ Todd A. Boley
                                TODD A. BOLEY
                                Attorneys for Plaintiffs

| | |
|---|---|
| Dated: May 3, 2018 | FREEMAN MATHIS & GARY LLP |

                                    /s/ Allison Hyatt
                                ALLISON HYATT
                                Attorneys for Plaintiffs

Dated: May 3, 2018           EVANS, WIECKOWSKI, WARD & SCOFFIELD, LLP

                                    /s/ Carol Wieckowski
                                CAROL WIECKOWSKI
                                Attorneys for DEFENDANTS
                                ROCKLIN UNIFIED SCHOOL DISTRICT, CHARLES THIBIDEAU, BETTY JO WESSINGER, JANNA CAMBRA, KEVIN BROWN, ROGER STOCK, DR. TODD CUTLER

Dated: May 3, 2018           LONGYEAR, O'DEA & LAVRA LLP

                                    /s/ Natasha Langenfeld
                                GREGORY O'DEA
                                NATASHA LANGENFELD
                                Attorneys for DEFENDANT
                                SHERRY MCDANIEL

## **ORDER**

Pursuant to the stipulation by the parties Plaintiffs' claims and causes of action against defendants ROCKLIN UNIFIED SCHOOL DISTRICT, CHARLES THIBIDEAU, BETTY JO WESSINGER, JANNA CAMBRA, KEVIN BROWN, ROGER STOCK, DR. TODD CUTLER and SHERRY MCDANIEL are dismissed with prejudice, each side to bear their own attorneys' fees, expenses and costs. The matter having now been concluded in its entirety, the Clerk of court is directed to close the file.

    IT IS SO ORDERED:

Dated: May 15, 2018

                                              MORRISON C. ENGLAND, JR
                                              UNITED STATES DISTRICT JUDGE